UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____
No. 17-1055(L)
No. 17-1123
(EDNC 5:14-cv-00482-BO)
_____

RAINBOW SCHOOL, INC.,

    Plaintiff-Appellee;

v.

RAINBOW EARLY EDUCATION HOLDING LLC; REE SOUTHEAST, INC.

    Defendants-Appellants.

## DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 12(b) Defendants-Appellants designate Pankaj K. Shere as lead counsel for Defendants in this matter.

Respectfully submitted this the 15th day of February, 2017.

    CRANFILL SUMNER & HARTZOG LLP

    /s/ PANKAJ K. SHERE
    Pankaj K. Shere, NC State Bar No. 30675
    E-mail:  pshere@cshlaw.com
    Jaye E. Bingham-Hinch, NC State Bar No. 24806
    E-mail:  jeb@cshlaw.com
    David G. Williams, N.C. State Bar No. 48161
    E-mail:  dwilliams@cshlaw.com
    *Attorneys for Defendants*
    Post Office Box 27808
    Raleigh, N.C.  27611-7808
    Phone:  919-828-5100

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2017, I electronically filed the foregoing *Designation of Lead Counsel* with the Clerk of Court which will send notification through the Court's CM/ECF system to the following counsel of record:

Susan Freya Olive
E-mail:  emailboxEDNC@oliveandolive.com

David L. McKenzie
E-mail:  DMcKenzie@oliveandolive.com

                          CRANFILL SUMNER & HARTZOG LLP

                          /s/ PANKAJ K. SHERE
                          Pankaj Shere, N.C. State Bar No. 30675
                          E-mail:  pshere@cshlaw.com
                          *Attorneys for Defendants*
                          Post Office Box 27808
                          Raleigh, N.C.  27611-7808
                          Phone:  919-828-5100